No. 92–528. SALE, ACTING COMMISSIONER, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. *v.* HAITIAN CENTERS COUNCIL, INC., ET AL. C. A. 2d Cir. Certiorari granted and judgment of the Court of Appeals vacated as moot. See *United States* v.

*Munsingwear,* 340 U. S. 36, 39–40 (1950); *University of Texas* v. *Camenisch,* 451 U. S. 390 (1981). 